UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:05-cr-144-T-27TGW

BENJAMIN CHARLES ACKERMAN

_____/

## ORDER

**BEFORE THE COURT** is Defendant's Unopposed Motion for Sentence Reduction Under the First Step Act of 2018 (Dkt. 169). Upon consideration, the motion is GRANTED.

Defendant pleaded guilty to possession of a firearm by a convicted felon (Count One) and conspiracy to possess with intent to distribute 50 grams or more of cocaine base (Count Five). He was sentenced to 120 months on Count One and 216 months on Count Five, concurrent (Dkt. 105). He received a three level departure for substantial assistance.

Section 404 of the First Step Act, Pub. L. No. 115-391, made retroactive the reduction in statutory penalties modified by the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Sta. 2372 (2010). *See* First Step Act of 2018, Pub. L. No. 115-391, § 404(b) (2018). In accordance with this Court's Omnibus Order (Case No. 8:19-mc-10-T-23), the United States Probation Office submitted a memorandum advising that Defendant is eligible for a sentence reduction under the First Step Act on Count Five (Dkt. 167). Probation correctly determines that retroactive application of the Fair Sentencing Act results in an amended guideline range of 292-365 months, followed by terms of

supervised release of 3 years on Count One and 8 years on Count Five. After applying a comparable three level departure for substantial assistance, Probation recommends that Defendant is eligible for a reduced guideline sentence of 210 months on Count Five, followed by an 8 year term of supervised release.

After considering the factors in 18 U.S.C. § 3553(a), Defendant's conduct while imprisoned, and the intent of his original sentence, his sentence on Count Five is reduced to 210 months, followed by 8 years of supervised release. His sentence on Count One remains the same, concurrent with Count Five. All other terms and conditions of the Judgment remain in full force and effect. Defendant's Motion to Reduce Sentence Pursuant to the First Step Act of 2018 (Dkt. 166) is DENIED as moot.

**DONE AND ORDERED** this 12th day of August, 2019.

*/s/ James D. Whittemore*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Defendant, Counsel of Record, U.S. Probation Office