# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                    **Case No. 8:05-CR-144-MSS-GW**
                                          **8:26-CR-42-JLB-CPT**


**BENJAMIN ACKERMAN, JR.**
_____/

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court

to represent the Defendant, Benjamin Ackerman, Jr., in the above-styled cause. The

Clerk is requested to enter the appearance of Ryan J. Maguire, Assistant Federal

Defender, as counsel for the Defendant, and to withdraw the name of Jessica

Casciola, Assistant Federal Defender, as notice counsel for the Defendant.

DATED the 27th day of May 2026.

                              Respectfully submitted,

                              CHARLES L. PRITCHARD, JR.
                              FEDERAL PUBLIC DEFENDER

                              /s/ Ryan J. Maguire
                              Ryan J. Maguire
                              Assistant Federal Public Defender
                              Florida Bar No. 117534
                              400 North Tampa St. Suite 2700
                              Tampa, FL 33602
                              Telephone: (813) 228-2715
                              Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha Beckman, AUSA

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender