**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                             **Case No.: 8:05-Cr-144-MSS-TGW**

**BENJAMIN ACKERMAN, JR.**
_____ /

## UNOPPOSED MOTION TO CONTINUE
## FINAL REVOCATION HEARING

The Defendant, Benjamin Ackerman, Jr., through undersigned counsel and pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing currently scheduled for June 3, 2026, for 90 days. As grounds in support thereof, Mr. Ackerman states the following:

1.     On January 12, 2026, Benjamin Ackerman, Jr. was charged with alleged violations of the conditions of his supervised release and made his initial appearance on the petition. Doc.215. The Federal Defender's office was appointed, and Mr. Ackerman, Jr., was detained pending final revocation hearing. Docs. 214, 216.

2.     This matter is currently set for a final revocation hearing of supervised release on June 3, 2026, before Honorable Judge Mary S. Scriven. Doc. 224.

3.     The allegations against Mr. Ackerman are "new law" violations. *See* U.S. v. Ackerman, Jr., 8:26-cr-42-JLB-CPT.

4.     Defense respectfully asks for a continuation of 90 days to allow the "new law" case to resolve, as the allegations for this violation are tied to that case.

5.     Additionally, undersigned counsel was assigned this case recently as Ms. Casciola has been re-assigned. Undersigned needs additional time to become familiar with the case and to meet with Mr. Ackerman.

6.      Undersigned has consulted with AUSA Samantha Beckman, who has no objection to the request.

## MEMORANDUM OF LAW

Federal Rule of Criminal Procedure Rule 32.1(b)(2) states that "the court must hold the revocation hearing within a reasonable time." Additionally, Local Rule 3.08 and Federal Rule of Criminal Procedure 32(b)(2) provide that a continuance may be allowed by order of the Court for good cause. Defense counsel submits that this is good cause for granting the requested continuance, and that the ends of justice would warrant a continuance.

WHEREFORE, the Defendant, Benjamin Ackerman, Jr., respectfully moves this Honorable Court to enter an Order rescheduling the final revocation hearing currently scheduled for June 3, 2026, to a date that is convenient with this Court in early September 2026.

DATED this 27th day of May 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.,
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone:  (813) 228-2715
Facsimile:   (813) 228-2562
Email: ryan_maguire@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha Beckman, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
