# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    **v.**                       **Case No.:  8:05-CR-144-MSS-TGW**

**BENJAMIN ACKERMAN, JR.,**

      **Defendant,**

_____/

## ORDER

THIS CAUSE is before the Court on the Defendant's Unopposed Motion to Continue Final Hearing. (Dkt. 226) The Defendant is requesting that the Final Revocation Hearing, which is presently scheduled for June 3, 2026, be continued for 90 days to allow recently assigned counsel additional time to become familiar with the case and meet with the Defendant.

Accordingly, it is **ORDERED** as follows:

1.    The Unopposed Motion to Continue Final Hearing Revocation Hearing is hereby **GRANTED**.

2.    The Final Revocation in this case is rescheduled to **September 2, 2026 at 9:30 AM.**  Should the parties determine that more than thirty (30)

minutes is needed for the hearing they should contact the Courtroom Deputy.

**DONE and ORDERED** in Tampa, Florida, on May 29, 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
              U.S. Marshal Service
              U.S. Probation Office
              U.S. Pretrial