**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No.: 8:05-CR-144-MSS-TGW**

**BENJAMIN ACKERMAN, JR.**
______________________________/

# MOTION TO CONTINUE FINAL REVOCATION HEARING

The Defendant, Benjamin Ackerman, Jr., through undersigned counsel and pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing currently scheduled for September 2, 2026, until a date after the October 2026 trial term in the related new-law case. As grounds in support thereof, Mr. Ackerman states the following:

1. On January 12, 2026, Benjamin Ackerman, Jr. was charged with alleged violations of the conditions of his supervised release and made his initial appearance on the petition. Doc. 215. The Federal Defender's Office was appointed, and Mr. Ackerman was detained pending final revocation hearing. Docs. 214, 216.
2. Following the Court's grant of Mr. Ackerman's prior motion to continue, this matter is currently set for a final revocation hearing on September 2, 2026, at 9:30 a.m. before the Honorable Mary S. Scriven. Doc. 228.

3. The allegations against Mr. Ackerman are “new law” violations arising from the conduct charged in *United States v. Ackerman*, Case No. 8:26-cr-42-JLB-CPT.

4. On July 13, 2026, the Court in the new-law case continued trial to the term commencing October 5, 2026, and set a status conference for September 14, 2026. *See United States v. Ackerman*, Case No. 8:26-cr-42-JLB-CPT, Doc. 42. Mr. Ackerman thereafter filed a limited waiver of speedy trial through October 31, 2026. *Id.* at Doc. 44.

5. Because the alleged supervised-release violations are based on the same conduct at issue in the pending criminal prosecution, the defense respectfully requests that the final revocation hearing be continued until after the October trial term. Proceeding with the revocation hearing before the “new law” case is resolved would require the parties to litigate overlapping factual issues while the criminal charges remain pending. A brief continuance will permit the new-law matter to proceed on its present schedule and promote an orderly and efficient resolution of the related proceedings.

6. Accordingly, Mr. Ackerman respectfully requests that the Court continue the September 2, 2026 final revocation hearing to a date convenient for the Court after the conclusion of the October 2026 trial term, preferably in early November 2026.

7. Undersigned Counsel has consulted with Assistant United States Attorney Samantha Beckman, who does not oppose the relief sought in this motion.

## MEMORANDUM OF LAW

Federal Rule of Criminal Procedure 32.1(b)(2) provides that "the court must hold the revocation hearing within a reasonable time." Local Rule 3.08 permits a continuance by order of the Court for good cause. Good cause exists here because the alleged supervised-release violations arise from the same conduct charged in a pending criminal case that is presently set for the October 2026 trial term. The requested continuance is limited in duration and tied to the current trial schedule in that related case. Under these circumstances, continuing the final revocation hearing until after the October trial term is reasonable and will promote the orderly administration of justice.

WHEREFORE, the Defendant, Benjamin Ackerman, Jr., respectfully moves this Honorable Court to enter an Order rescheduling the final revocation hearing currently set for September 2, 2026, to a date convenient for the Court after the conclusion of the October 2026 trial term, preferably in early November 2026.

DATED this 24th day of August 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.,
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St., Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to counsel of record.

/s/ Ryan J. Maguire
Ryan J. Maguire
Assistant Federal Public Defender