**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA, Case No.: 8:05-CR-144-MSS-TGW

v.

BENJAMIN CHARLES ACKERMAN, JR.,
_______________________________________/

**NOTICE OF APPEARANCE**

Nicole N. Sanchez, Esquire, and Tyler K. Vaughn, Esquire, of Sanchez Vaughn, Trial Lawyers, hereby enter this Notice of Appearance as counsel for Defendant, BENJAMIN CHARLES ACKERMAN, JR.

DATED the 30th day of October 2026.

Respectfully submitted,

*/s/ Nicole N. Sanchez*
NICOLE N. SANCHEZ, Esquire
FBN: 107402
*/s/ Tyler K. Vaughn*
TYLER K. VAUGHN, Esquire
FBN: 1031750
Sanchez Vaughn, Trial Lawyers
401 E Jackson Street, Suite 3300
Tampa, Florida 33602
(813) 582-5188
nicole@sanchezvaughn.com
tyler@sanchezvaughn.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the United States District Court Clerk of Court via the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 30th day of October 2026.

*/s/ Nicole N. Sanchez*
NICOLE N. SANCHEZ, Esquire

*/s/ Tyler K. Vaughn*
TYLER K. VAUGHN, Esquire