**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 8:05-cr-00144-MSS-T_W**

**BENJAMIN CHARLES ACKERMAN, JR.**
**_________________________________________/**

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 2.02(c), undersigned counsel and the Office of the Federal Defender move to withdraw as counsel of record for Defendant, Benjamin Charles Ackerman, Jr., and in support state:

1. On January 12, 2026, initial appearance, this Court appointed Federal Public Defender's Office to represent Mr. Benjamin Ackerman, Jr. Doc. 7.

2. On October 30, 2026, Private Counsel Tyler K. Vaughn, filed a Notice of Appearance to represent Mr. Ackerman, Jr. Doc. 23.

3. Undersigned counsel is now moving to withdraw as counsel because counsel Tyler K. Vaughn, Esq., has been appointed. Local Rule 2.02(c) requires that counsel cannot withdraw without leave of court.

4. Mr. Ackerman, Jr. consents to undersigned counsel withdrawing.

**WHEREFORE**, undersigned counsel moves for an Order allowing undersigned counsel and the Office of Federal Defender to withdraw as counsel of record.

DATED this 30th day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Tyler K. Vaughn, Esq.

Samantha Beckman, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender