**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,
Plaintiff, Case No.: 8:05-CR-144-MSS-TGW
v.

BENJAMIN CHARLES ACKERMAN, JR.,
Defendant.
_______________________________________/

**DEFENDANT'S UNOPPOSED MOTION**
**TO CONTINUE FINAL REVOCATION HEARING**

Defendant, BENJAMIN CHARLES ACKERMAN, JR., through undersigned counsel and pursuant to Local Rule 3.08, hereby moves this Honorable Court for an Order continuing the final revocation hearing currently scheduled for November 18, 2026, until a date after the February 2027 trial term in the related new-law case. As grounds in support thereof, Mr. Ackerman states:

1. On January 12, 2026, Mr. Ackerman made his initial appearance on the petition alleging violations of his supervised release. Doc. 215. The Federal Defender's Office was appointed, and Mr. Ackerman was detained pending the final revocation hearing. Docs. 214, 216.

2. The alleged violations arise from the conduct charged in *United States v. Ackerman*, Case No. 8:26-cr-00042-JLB-CPT. The prior continuance motions sought time for that related prosecution to proceed. Docs. 222, 226, 229.

3. The Court granted the most recent request and reset the final revocation hearing for November 18, 2026, at 9:30 a.m. before the Honorable Mary S. Scriven. That request was based on the related case's then-scheduled October 2026 trial term. Docs. 229, 230.

4. On September 28, 2026, the Court in the new-law case continued trial to the term beginning February 1, 2027, and set a status conference for January 11, 2027. *See United States v. Ackerman*, Case No. 8:26-cr-00042-JLB-CPT, Doc. 48.

5. Undersigned counsel filed a notice of appearance in the new-law case on October 7, 2026. *See United States v. Ackerman*, No. 8:26-cr-00042-JLB-CPT, Doc. 49. Counsel also filed a notice of appearance in this revocation proceeding on October 30, 2026. Doc. 231.

6. Additional time will allow counsel to review the alleged violations and supporting evidence with Mr. Ackerman, evaluate defenses, and prepare for the final hearing.

7. Continuing the final revocation hearing until after the February 2027 trial term would allow the related new-law case to proceed as scheduled before the parties address overlapping factual issues in this proceeding. A continuance would also give the parties an opportunity to narrow those issues and promote an orderly and efficient resolution of both matters.

8. The Government has no objection to the requested continuance.

**MEMORANDUM OF LAW**

Federal Rule of Criminal Procedure 32.1(b)(2) requires that a revocation hearing be held "within a reasonable time." Local Rule 3.08(a) requires a timely motion explaining in detail why a continuance is warranted. Here, the related new-law case has been continued to the February 2027 trial term, and the alleged supervised-release violations arise from the same conduct charged in that case. The requested continuance is tied to that trial schedule and will allow counsel additional time to prepare while potentially narrowing the issues for the revocation hearing. Under these circumstances, continuing the final revocation hearing until after the February 2027 trial term is reasonable and will promote the orderly administration of justice.

WHEREFORE, the Defendant, Benjamin Charles Ackerman, Jr., respectfully requests that this Honorable Court enter an Order rescheduling the final revocation hearing currently set for November 18, 2026, to a date convenient for the Court after the conclusion of the February 2027 trial term, preferably in early March 2027.

DATED the 1st day of November 2026.

Respectfully submitted,

*/s/ Nicole N. Sanchez*
NICOLE N. SANCHEZ, Esquire
FBN: 107402
*/s/ Tyler K. Vaughn*
TYLER K. VAUGHN, Esquire
FBN: 1031750
Sanchez Vaughn, Trial Lawyers
401 E Jackson Street, Suite 3300
Tampa, Florida 33602
(813) 582-5188
nicole@sanchezvaughn.com
tyler@sanchezvaughn.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed with the United States District Court Clerk of Court via the CM/ECF system which will send a notice of electronic filing to the Office of the United States Attorney, this 1st day of November 2026.

*/s/ Nicole N. Sanchez*
NICOLE N. SANCHEZ, Esquire

*/s/ Tyler K. Vaughn*
TYLER K. VAUGHN, Esquire